**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Barbara T. COOPER, | ) | No. CIV 06-0261-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| JoAnne  B.  BARNHART, | ) | |
| COMMISSIONER  OF  SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court is Plaintiff's First Unopposed Motion to Enlarge Time to File a Response to Defendant's Cross-Motion for Summary Judgment and Reply to Plaintiff's Motion for Summary Judgment. [Doc. No. 27] Good cause appearing,

**IT IS ORDERED** that Plaintiff's First Unopposed Motion to Enlarge Time to File a Response to Defendant's Cross-Motion for Summary Judgment and Reply to Plaintiff's Motion for Summary Judgment [Doc. No. 27] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until the end of the day on **December 1, 2006** to file her Response to Defendant's Cross-Motion for Summary Judgment and Reply to Plaintiff's Motion for Summary Judgment.

//

//

//

**IT IS FURTHER ORDERED** that no **further extensions shall be granted**.

DATED this 3rd day of November, 2006.

Stephen M. McNamee
United States District Judge